

Official Report Of
**Iowa Department of Public Safety**
**DCI Criminalistics Laboratory**
2240 South Ankeny Boulevard
Ankeny, Iowa 50023-9093
(515) 725-1500

**2019-22561 Report 1**
LAB CASE NUMBER

**01/03/2020**
REPORT DATE

**Drug Chemistry Report**

See Code of Iowa Section 691.2 Presumption of qualification - evidence – testimony. "It shall be presumed that any employee or technician of the criminalistics laboratory is qualified or possesses the required expertise to accomplish any analysis, comparison, or identification done by the employee's employment in the criminalistics laboratory. Any report, or copy of a report, or the findings of the criminalistics laboratory shall be received in evidence, if determined to be relevant, in any court, preliminary hearing, grand jury proceeding, civil proceeding, administrative hearing, and forfeiture proceeding in the same manner and with the same force and effect as if the employee or technician of the criminalistics laboratory who accomplished the requested analysis, comparison, or identification had testified in person…"

| | | | |
|---|---|---|---|
| **AGENCY:** | MINE (Mid Iowa Narc Enforc) | **CASE TYPE:** | Possession with Intent to Deliver |
| **AGENCY CASE NUMBER:** | TF19-4295 | **OFFENSE DATE:** | July 23, 2019 |
| **CASE OFFICER:** | Jacob Murillo | **REPORT OF:** | Megan Reedy |
| **SUSPECT(S):** | Javier Salvador Ramirez-Ugarte, Luis Miguel- Femat Canciso, Rebekah Juliana Ordaz, Virginia Lisa Baker | **VICTIM(S):** | |

**ITEMS AS DESCRIBED BY SUBMITTING AGENCY:**

On August 20, 2019, Bob Ramsey with Polk County Sheriff's Office submitted the following item(s) to Kathleen Kinseth (DCI Lab):

| Lab # | Agency # | Description |
|---|---|---|
| 1 | 31332 | Crystalline Substance described as Two zip-loc bags containing a clear crystal substance consistent with methamphetamine. Field tested positive for meth. Each bag weighing approximately 59.2 grams total package weight. |
| 2 | 31333 | Crystalline Substance described as One zip-loc bag containing a clear crystal substance consistent with methamphetamine. Field tested positive for meth. Approximate gross weight of 113.9 grams. |
| 3 | 31336 | Crystalline Substance described as 20 zip-loc bags containing a clear crystal substance consistent with methamphetamine. Field tested positive for meth. Each bag weighing approx. 2.2 lbs total package weight. |
| 4 | 31345 | Crystalline Substance described as Zip-loc bag containing a clear crystal substance consistent with methamphetamine. Field tested positive for meth. Approximately 2 lbs total package weight. |
| 5 | 31334 Item K | Tablet(s) described as 7 Losarton Potassium pills. |
| 6 | 31334 Item L | Tablet(s) described as 6 Amlodipine Besylate pills. |

On October 31, 2019, Randy Johnson with Polk County Sheriff's Office submitted the following item(s) to Stacie Prall (DCI Lab):

| Lab # | Agency # | Description |
|---|---|---|
| 7 | 31573 Item A | Crystalline Substance described as Four vacuum sealed bags containing a clear crystal substance consistent with methamphetamine (FTP-meth). |
| 8 | 31573 Item B | Crystalline Substance described as Three plastic bags containing a clear crystal substance consistent with methamphetamine (FTP-meth). |
| 9 | 31573 Item C | Crystalline Substance described as Zip-loc bag containing a clear crystal substance consistent with methamphetamine (FTP-meth). |
| 10 | 31573 Item D | Crystalline Substance described as Vacuum sealed bag containing a clear crystal substance consistent with methamphetamine (FTP- meth). |
| 12 | 31573 Item H | Crystalline Substance described as Zip-loc bag containing a clear crystal substance consistent with methamphetamine (FTP- meth). |

**GOVERNMENT EXHIBIT A**
4:19-cr-156

Warren
Page 1 of 4

**Lab Case#:** 2019-22561   **Report#:** 1   **Agency Case#:** TF19-4295   **Megan Reedy**

| | | | |
|---|---|---|---|
| 13 | 31573 Item J | Powder Substance described as Small zip-loc bag containing a white powder substance consistent with cocaine. |
| 14 | 31573 Item L | Crystalline Substance described as Loose methamphetamine (FTP-meth). |
| 15 | 31573 Item M | Crystalline Substance described as Plastic bag containing a clear crystal substance consistent with methamphetamine. |
| 16 | 31573 Item A1 | Crystalline Substance described as Loose methamphetamine separated from drywall. FTP-meth |
| 17 | 31573 Item H1 | Liquid described as Clear liquid extracted from hypodermic needle. FTP- meth |

**RESULTS OF DRUG CHEMISTRY BY: Megan Reedy**

| ITEM | DESCRIPTION | NET WEIGHT | FINDINGS | METHAMPHETAMINE (actual) |
|---|---|---|---|---|
| 1.1 | crystalline substance | 51.7 grams | methamphetamine | |
| 1.2 | crystalline substance | 51.8 grams | methamphetamine | |
| 2 | crystalline substance | 109.8 grams | methamphetamine | |
| 3 | sealed box | | not examined and not analyzed | |
| 4 | crystalline substance | 983.5 grams | methamphetamine | |
| 5 | seven (7) white tablets, I<>6 | | consistent in appearance with a pharmaceutical preparation containing losartan potassium, prescription drug | |
| 6 | six (6) white tablets IG<>238 | | consistent in appearance with a pharmaceutical preparation containing amlodipine besylate, prescription drug | |
| 7.1 | crystalline substance | 998.3 grams | methamphetamine | |
| 7.2 | crystalline substance | 995.5 grams | methamphetamine | |
| 7.3 | crystalline substance | 999.7 grams | methamphetamine | |
| 7.4 | crystalline substance | 999.6 grams | methamphetamine | |
| 7.1-7.4 | | 3822.8 grams (after grinding) | | 3822.8 ± 229.4 grams |
| 8.1 | crystalline substance | 224.1 grams | methamphetamine | |
| 8.2 | crystalline substance | 58.2 grams | methamphetamine | |
| 8.3 | crystalline substance | 446.4 grams | methamphetamine | |

**Lab Case#:** 2019-22561   **Report#:** 1   **Agency Case#:** TF19-4295   **Megan Reedy**

| | | | | |
|---|---|---|---|---|
| 9 | crystalline substance | 882.4 grams (after grinding) | methamphetamine | 882.4 ± 52.9 grams |
| 10 | crystalline substance | 927.0 grams (after grinding) | methamphetamine | 927.0 ± 55.6 grams |
| 12 | crystalline substance | 443.0 grams | methamphetamine | |
| 13 | white substance | 3.00 grams | salt of cocaine | |
| 14 | crystalline substance | 14.17 grams | methamphetamine | |
| 15 | crystalline substance | 1.98 grams | methamphetamine | |
| 16 | crystalline substance | 8.80 grams | methamphetamine | |
| 17 | liquid residue | | not analyzed | |

**METHOD(s) OF ANALYSIS**
Gas Chromatography-Mass Spectrometry
Gas Chromatography
Chemical Color Test


**CASE COMMENTS**

The reported net weights for Items 13-16 are stated with an expanded uncertainty of ± 0.02g with at least a 99.73% level of confidence on the date analyzed. All remaining net weights are stated with an expanded uncertainty of ± 0.4g with at least a 99.73% level of confidence on the date analyzed.

The amount of pure (actual) methamphetamine (calculated as the hydrochloride salt) is based on the reported net weight and purity determination and is stated at a 95.45% level of confidence.

The phrase "consistent in appearance with" refers to the visual examination of pharmaceuticals which is based on the manufacturer's unique markings required by the United States Food and Drug Administration regulations, and in conjunction with the product's size, shape, and color, permits the unique identification of the drug product. There was no apparent tampering of the dosage units and no further tests are being conducted.

Weights were obtained before and after grinding (a process necessary for quantitative analysis) in Items 7.1-7.4, 9 and 10. Items 7.1-7.4 were weighed separately prior to grinding, but then were combined and ground together for quantitative analysis. The weight after grinding was used in this report.

Per request of Amy Jennings of the US Attorney's Office, photographs should be taken of Item 3 by Tom Smith of the DEA. No further correspondence was received to take photographs of Item 3, thus Item 3 will be returned without processing or analysis to allow proper photographic documentation.

The submitted items will remain in laboratory custody until returned to the appropriate agency.

**Lab Case#:** 2019-22561   **Report#:** 1   **Agency Case#:** TF19-4295   **Megan Reedy**

This report may contain opinions, conclusions or interpretations of the examiner whose signature appears below.

*Megan Reedy*
_____
Megan Reedy, Criminalist